1 | BUCHALTER NEMER
    ROBERT E. IZMIRIAN (SBN: 53805)
2 |   CRAIG C. CHIANG (SBN:  209602)
A Professional Corporation
3 | 55 Second Street, Suite 1700
San Francisco, CA  94105-3493
4 | Telephone: (415) 227-0900
Fax: (415) 227-0770
5 | Email:  rizmirian@buchalter.com; cchia

The following constitutes
the order of the court. Signed April 12, 2013

*M. Elaine Hammond*

_____

**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

6 | Attorneys for Chapter 11 Trustee
KYLE EVERETT

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

In re

PACIFIC THOMAS CORPORATION, dba
PACIFIC THOMAS CAPITAL, dba
SAFE STORAGE,

                    Debtor.

_____

KYLE EVERETT, CHAPTER 11 TRUSTEE,

                    Plaintiff,

          vs.

RANDALL WHITNEY aka RANDALL C.M.
WHITNEY aka RANDALL WORSLEY aka
RANDALL C.M. WORSLEY, an individual;
PACIFIC TRADING VENTURES dba SAFE
STORAGE MANAGEMENT COMPANY, a
California corporation; PACIFIC TRADING
VENTURES, LTD. ("PTVL"), a Nevada
corporation; and JILL V. WORSLEY aka V.
JILL WORSLEY, an individual,

                    Defendants.

Case No. 12-46534 MEH

Chapter 11

Adv. Proc. No. 13-04079

**TEMPORARY RESTRAINING ORDER
AND ORDER TO SHOW CAUSE RE
ISSUANCE OF PRELIMINARY
INJUNCTION**

Case: 13-04079    Doc# 6    Filed: 04/12/13    Entered: 04/12/13 14:49:22    Page 1 of 7

The Court, having read and considered Plaintiff's Emergency Motion for Temporary Restraining Order and Order to Show Cause for Preliminary Injunction; Memorandum of Points and Authorities and Declaration of Kyle Everett in Support Thereof, finds as follows:

1.      Plaintiff has shown that there is a strong probability that harm will occur if this matter is not heard on an emergency basis;

2.      Plaintiff has shown that it has ascertainable rights in need of protection so as to preserve assets of the estate of Pacific Thomas Corporation dba Pacific Thomas Capital dba Safe Storage ("PTC");

3.      Plaintiff has shown that it has a fair chance of success on the merits;

4.      Plaintiff has shown that it will likely suffer irreparable harm if an injunction does not issue so as to prevent loss of assets of PTC and interference with Plaintiff's administration of PTC's estate as Chapter 11 Trustee;

5.      Plaintiff has shown that it has no adequate remedy at law or in equity in that absent issuance of a temporary restraining order, the PTC's estate will likely suffer substantial harm with loss of its assets.

Wherefore, it is hereby ordered:

A.      Defendants Randall Whitney, Pacific Trading Ventures dba Safe Storage Management Company ("PTV"), Pacific Trading Ventures, Ltd., and Jill Worsley (collectively, "Defendants") and their respective offices, agents, servants, employees and all other persons who are in active concert or participation, are restrained from:

      1. Interfering with Plaintiff: (i) accessing real property of which PTC is record owner, including real property located at 2615 E. 12th Street, 2783 E. 12th Street, 2801 E. 12th Street, 1111 29th Avenue, 1113-15 29th Avenue, and adjacent parking lots, in Oakland, California (the "Premises"); (ii) taking possession of the Premises; and (iii) operating the Premises;

      2. Interfering with any of the tenants or lessees of the Premises;

      3. Withholding any assets, rents, books and records relating to or arising from the Premises;

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION;
BN 13737502v2

Case: 13-04079   Doc# 6   Filed: 04/12/13   Entered: 04/12/13 14:49:22   Page 2 of 7

4. Refusing to turnover all rents, issues and profits generated from the Premises; and

5. Refusing to permit Plaintiff access to the Premises to conduct such inspections as Plaintiff may reasonably require of the books and records and other purposes, and further enjoining Defendants not to obstruct or interfere with such inspections.

6. Refusing to turnover the following books and records to Plaintiff:

   a. A detailed accounting of all funds received, or disbursed, by non-debtor entities, on behalf of PTC in connection with the Premises, including, but not limited to, the Safe Storage Facility for each of the 12 months immediately prior to PTC's bankruptcy filing date of August 6, 2012 (the "Petition Date") and each of the months from the Petition Date through the present, including, but not limited to, access to all system and source data for all the funds received or disbursed in connection with the Safe Storage Facility;

   b. All books and records, including, but not limited to, all banking statements and cancelled checks, detailing all funds received, or disbursed, by non-debtor entities, on behalf of PTC in connection with the Premises, including, but not limited to, the Safe Storage Facility, for each of the 12 months immediately prior to the Petition Date and each of the months from the Petition Date through the present, including, but not limited to, access to all system and source data;

   c. A historical rent roll, for each of the 12 months immediately prior to the Petition Date and each of the months from the Petition Date through the present, for all properties owned by PTC, including tenant payment dates, check numbers, and payment amounts, the period for which the tenant payments were made, and the current tenant unpaid balances;

   d. All monthly expense reconciliations between PTC and PTV;

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION;
BN 13737502v2

e. For each transfer that PTV has made to PTC since the Petition Date, (i) the PTV check number (or identification of wire transfer), (ii) the transfer date, (iii) the tenant(s) for which the transfer is made, and (iv) the location of the property and number of spaces used if it is for parking.

B. This temporary restraining order shall remain in full force and effect for fourteen days from the date hereof unless sooner modified or dissolved by this Court.

C. Pursuant to Federal Rule of Bankruptcy Procedure 7065, Plaintiff need not post security pursuant to FRCP Rule 65(c).

D. This temporary restraining order is entered at 2:20 p.m. on April 12, 2013.

E. On April 26, 2013, at 1:00 p.m., the Court will conduct a hearing on an order to show cause ("OSC") why a preliminary injunction should not issue and remain in effect during the pendency of this adversary proceeding to restrain the above Defendants and other restrained parties from:

    1. Interfering with Plaintiff: (i) accessing real property of which PTC is record owner, including the "Premises; (ii) taking possession of the Premises; and (iii) operating the Premises;

    2. Interfering with any of the tenants or lessees of the Premises;

    3. Withholding any assets, rents, books and records relating to the Premises;

    4. Refusing to turnover all rents, issues and profits generated from the Premises;

    5. Refusing to permit Plaintiff access to the Premises to conduct such inspections as Plaintiff may reasonably require of the books and records and other purposes, and further enjoining Defendants not to obstruct or interfere with such inspections; and

    6. Refusing to turnover the following books and records to Plaintiff:

        a. A detailed accounting of all funds received, or disbursed, by non-debtor entities, on behalf of PTC in connection with the Premises, including, but not limited to, the Safe Storage Facility for each of the 12 months

Case: 13-04079    Doc# 6    Filed: 04/12/13    Entered: 04/12/13 14:49:22    Page 4 of 7

immediately prior to the Petition Date and each of the months from the Petition Date through the present, including, but not limited to, access to all system and source data for all the funds received or disbursed in connection with the Safe Storage Facility;

b.  All books and records, including, but not limited to, all banking statements and cancelled checks, detailing all funds received, or disbursed, by non-debtor entities, on behalf of PTC in connection with the Premises, including, but not limited to, the Safe Storage Facility, for each of the 12 months immediately prior to the Petition Date and each of the months from the Petition Date through the present, including, but not limited to, access to all system and source data;

c.  A historical rent roll, for each of the 12 months immediately prior to the Petition Date and each of the months from the Petition Date through the present, for all properties owned by PTC, including tenant payment dates, check numbers, and payment amounts, the period for which the tenant payments were made, and the current tenant unpaid balances;

d.  All monthly expense reconciliations between PTC and PTV;

e.  For each transfer that PTV has made to PTC since the Petition Date, (i) the PTV check number (or identification of wire transfer), (ii) the transfer date, (iii) the tenant(s) for which the transfer is made, and (iv) the location of the property and number of spaces used if it is for parking.

IT IS SO ORDERED.

****

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION;
BN 13737502v2

COURT SERVICE LIST

Anne-Leith Matlock
Matlock Law Group, P.C.
1485 Treat Blvd. #200
Walnut Creek, CA 94597

Jill Worsley
30 Creek Tree Lane
Alamo, CA  94507-1916

Jill Worsley
1818 Mt. Diablo Blvd., Suite D
Walnut Creek, CA 94596

Kyle Everett
235 Pine St. #1150
San Francisco, CA 94104

Lynette C. Kelly
U.S. Office of the U.S. Trustee
1301 Clay St.
Oakland, CA 94612

Pacific Trading Ventures
dba Safe Storage Management Company
1818-D Mt. Diablo Blvd.
Second Floor
Walnut Creek, CA 94596

Randall Whitney
1818 Mt. Diablo Blvd., Suite D
Walnut Creek, CA 94596

Randall Whitney
5215 Masonic Avenue
Oakland, CA  94618-2631

Randall Whitney
2615 East 12th Street
Oakland, CA 94601

Roger Huddleston
c/o Nicholas P. Hulchiy
Belzer, Hulchiy & Murray
3650 Mt. Diablo Blvd., 1130
Lafayette, CA 94549-6820

Roger W. Worsley
1997 Ascot Drive #B
Moraga, CA 94556

Stephen Thomas Worsley
2458 Pamino Way
Pleasanton, CA 94566

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION;
BN 13737502v2

1

2   Timothy Brophy
    395 Civic Drive, Suite J
3   Pleasant Hill, CA 94523-1951

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

7

TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION;
BN 13737502v2