# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0971−4 | User: cglosenge | | Date Created: 4/12/2013 |
| Case: 13−04079 | Form ID: pdfeoc | | Total: 14 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

ust     Office of the U.S. Trustee/Oak     Office of the U.S. Trustee     1301 Clay St. #690N     Oakland, CA 94612
       Anne−Leith Matlock     Matlock Law Group, P.C.     1485 Treat Blvd. #200     Walnut Creek, CA 94597
       Jill Worsley     30 Creek Tree Lane     Alamo, CA 94507−1916
       Jill Worsley     1818 Mt. Diablo Blvd., Suite D     Walnut Creek, CA 94596
       Kyle Everett     235 Pine St. #1150     San Francisco, CA 94104
       Lynette C. Kelly     U.S. Office of the U.S. Trustee     1301 Clay St.     Oakland, CA 94612
       Pacific Trading Ventures     dba Safe Storage Management Company     1818−D Mt. Diablo Blvd.     Second Floor     Walnut Creek, CA 94596
       Randall Whitney     1818 Mt. Diablo Blvd., Suite D     Walnut Creek, CA 94596
       Randall Whitney     5215 Masonic Avenue     Oakland, CA 94618−2631
       Randall Whitney     2615 East 12th Street     Oakland, CA 94601
       Roger Huddleston     c/o Nicholas P. Hulchiy     Belzer, Hulchiy &Murray     3650 Mt. Diablo Blvd., 1130     Lafayette, CA 94549−6820
       Roger W. Worsley     1997 Ascot Drive #B     Moraga, CA 94556
       Stephen Thomas Worsley     2458 Pamino Way     Pleasanton, CA 94566
       Timothy Brophy     395 Civic Drive, Suite J     Pleasant Hill, CA 94523−1951

       TOTAL: 14