# Notice Recipients

District/Off: 0971–4    User: pwright    Date Created: 4/15/2013
Case: 13–04079    Form ID: SUM    Total: 1

**Recipients of Notice of Electronic Filing:**
aty    Craig C. Chiang    cchiang@buchalter.com

TOTAL: 1