BUCHALTER NEMER
ROBERT E. IZMIRIAN (SBN: 53805)
 MIA S. BLACKLER (SBN: 188112)
 CRAIG C. CHIANG (SBN: 209602)
A Professional Corporation
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 227-0900
Fax: (415) 227-0770
Email: rizmirian@buchalter.com; cchiang@buchalter.com

Attorneys for Chapter 11 Trustee
KYLE EVERETT

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>PACIFIC THOMAS CORPORATION, dba PACIFIC THOMAS CAPITAL, dba SAFE STORAGE<br><br>Debtor. | Case No. 12-46534 MEH<br><br>Chapter 11 |
| KYLE EVERETT, CHAPTER 11 TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>RANDALL WHITNEY aka RANDALL C.M. WHITNEY aka RANDALL WORSLEY aka RANDALL C.M. WORSLEY, an individual; PACIFIC TRADING VENTURES dba SAFE STORAGE MANAGEMENT COMPANY, a California corporation; PACIFIC TRADING VENTURES, LTD. ("PTVL"), a Nevada corporation; and JILL V. WORSLEY aka V. JILL WORSLEY, an individual,<br><br>Defendants. | Adv. Proc. No. 13-04079<br><br>**CERTIFICATE OF SERVICE** |

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER NEMER, A Professional Corporation, 55 Second Street, Suite 1700, San Francisco, CA 94105-3493.

On the date set forth below, I served the foregoing document described as:

**CHAPTER 11 TRUSTEE KYLE EVERETT'S COMPLAINT FOR: 1) DECLARATORY RELIEF; 2) ACCOUNTING; 3) TURNOVER; AND 4) INJUNCTIVE RELIEF**

**ADVERSARY PROCEEDING COVER SHEET**

**SUMMONS AND NOTICE OF STATUS CONFERENCE IN AN ADVERSARY PROCEEDING**

**ORDER RE INITIAL DISCLOSURES AND DISCOVERY CONFERENCE**

on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope as follows:

| | |
|---|---|
| Randall Whitney<br>1818 Mt. Diablo Blvd., Suite D<br>Walnut Creek, CA 94596<br>E-Mail: randall@pacificthomas.com | Jill Worsley<br>30 Creek Tree Lane<br>Alamo, CA 94507-1916<br>E-Mail: worsleyjill@hotmail.com |
| Randall Whitney<br>5215 Masonic Avenue<br>Oakland, CA 94618-2631<br>E-Mail: randall@pacificthomas.com | Jill Worsley<br>1818 Mt. Diablo Blvd., Suite D<br>Walnut Creek, CA 94596<br>E-Mail: worsleyjill@hotmail.com |
| Randall Whitney<br>2615 East 12th Street<br>Oakland, CA 94601<br>E-Mail: randall@pacificthomas.com | Lynette C. Kelly<br>U.S. Office of the U.S. Trustee<br>1301 Clay St.<br>Oakland, CA 94612<br>lynette.c.kelly@usdoj.gov |
| Kyle Everett<br>235 Pine St. #1150<br>San Francisco, CA 94104<br>keverett@dsi.biz | Anne-Leith Matlock<br>Matlock Law Group, P.C.<br>1485 Treat Blvd. #200<br>Walnut Creek, CA 94597<br>leith@matlocklawgroup.com |
| Roger Huddleston<br>c/o Nicholas P. Hulchiy<br>Belzer, Hulchiy & Murray<br>3650 Mt. Diablo Blvd., 1130<br>Lafayette, CA 94549-6820<br>Receiver | Pacific Trading Ventures<br>dba Safe Storage Management Company<br>1818-D Mt. Diablo Blvd.<br>Second Floor<br>Walnut Creek, CA 94596 |
| Pacific Trading Ventures, Ltd.<br>1818-D Mt. Diablo Blvd.<br>Walnut Creek, CA 94596-4430<br>Attn: J.V. Worsley | Pacific Trading Ventures<br>1818 Mt. Diablo Blvd Ste-D<br>Walnut Creek, CA 94596-4430 |

2

**CERTIFICATE OF SERVICE**

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

13764437v1

| | |
|---|---|
| Roger W. Worsley<br>1997 Ascot Drive #B<br>Moraga, CA 94556 | Timothy Brophy<br>395 Civic Drive, Suite J<br>Pleasant Hill, CA 94523-1951 |
| Stephen Thomas Worsley<br>2458 Pamino Way<br>Pleasanton, CA 94566 | Damon Bowers<br>Private Capital Investments<br>3201 Danville Blvd., #170<br>Alamo, CA 94507 |

☑ **BY MAIL** I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter Nemer in San Francisco, California on **April 16, 2013**. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

☑ **BY OVERNIGHT DELIVERY** On **April 16, 2013**, I placed the Federal Express/Overnite Express package for overnight delivery in a box or location regularly maintained by Federal Express/Overnite Express at my office, or I delivered the package to an authorized courier or driver authorized by Federal Express/Overnite Express to receive documents. The package was placed in a sealed envelope or package designated by Federal Express/Overnite Express with delivery fees paid or provided for, addressed to the person(s) on whom it is to be served at the address(es) shown above, as last given by that person on any document filed in the cause; otherwise at that party's place of residence.

☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge. Executed on **April 16, 2013**, at San Francisco, California.

☑ I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on **April 16, 2013**, at San Francisco, California.

| | |
|---|---|
| Hallina Pohyar | /s/ Hallina Pohyar |
| | (Signature) |

13764437v1