David M. Sternberg (SBN 96107)
Jacob M. Barlev (SBN 235439)
DAVID M. STERNBERG & ASSOCIATES
Attorneys at Law
540 Lennon Lane
Walnut Creek, CA 94598
Telephone: (925) 946-1400
Facsimile: (925) 932-6986

Attorneys for Pacific Trading Ventures, LTD.;
PTVL, a Nevada corporation; and Jill W. Worsley

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 12-46534 MEH |
| PACIFIC THOMAS CORPORATION, dba PACIFIC THOMAS CAPITAL, dba SAFE STORAGE, | CHAPTER 11 |
| | Adversary Proceeding No. 13-04079 |
| Debtor. / | Date: 04/26/13<br>Time: 1 p.m.<br>Room: 215 |
| KYLE EVERETT, CHAPTER 11 TRUSTEE, | *The Honorable M. Elaine Hammond* |
| Plaintiff, | |
| v. | |
| RANDALL WHITNEY aka RANDALL C.M. WHITNEY aka RANDALL WORSLEY aka RANDALL C.M. WORSLEY, an individual; PACIFIC TRADING VENTURES dba SAFE STORAGE MANAGEMENT COMPANY, a California corporation; PACIFIC TRADING VENTURES, LTD. ("PTVL"), a Nevada corporation; and JILL V. WORSLEY aka V. JILL WORSLEY, an individual, | |
| Defendants. / | |

**CERTIFICATE OF SERVICE**

1

I am over the age of eighteen years and not a party to the within action. I am a resident of or employed in the county where the mailing occurred. My residence or business address is 540 Lennon Lane, Walnut Creek, California 94598. On February 28, 2013, I served the following document(s):

1. **MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO ISSUANCE OF A PRELIMINARY INJUNCTION; AND**

2. **DECLARATION OF JILL W. WORSLEY IN SUPPORT OF MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO ISSUANCE OF A PRELIMINARY INJUNCTION.**

on each person named below as follows:

Craig C. Chiang
cchiang@buchalter.com

[XX] **VIA ECF EMAIL TRANSMISSION**. By causing true copies of the aforementioned documents to be emailed to the parties and/or counsel of record through ECF.

on each person named below as follows:

Randall Whitney
1818 Mt. Diablo Boulevard, Suite D
Walnut Creek, CA 94596

[XX] **VIA FIRST CLASS MAIL**. By causing such envelope with postage thereon fully prepaid to be placed in the U.S. mail, Walnut Creek, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct; that I am readily familiar with the business practice for collection and processing of documents for mailing with the U.S. Postal Service and that this declaration is executed at Walnut Creek, California.

Dated: *April 26, 2013*       /s/ Susan L. Klekar
                                                      Susan L. Klekar