BUCHALTER NEMER
  ROBERT E. IZMIRIAN (SBN: 53805)
  MIA S. BLACKLER (SBN: 188112)
  CRAIG C. CHIANG (SBN: 209602)
A Professional Corporation
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 227-0900
Fax: (415) 227-0770
Email: rizmirian@buchalter.com; cchiang@buchalter.com

Attorneys for Chapter 11 Trustee
KYLE EVERETT

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>PACIFIC THOMAS CORPORATION, dba<br>PACIFIC THOMAS CAPITAL, dba<br>SAFE STORAGE<br><br>Debtor. | Case No. 12-46534 MEH<br><br>Chapter 11<br><br>Adv. Proc. No. 13-04079<br><br>**CERTIFICATE OF SERVICE** |

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER NEMER, A Professional Corporation, 55 Second Street, Suite 1700, San Francisco, CA 94105-3493.

On the date set forth below, I served the foregoing document described as:

**[PROPOSED] ORDER ADDRESSING BUSINESS RECORDS AND PREMISES RENTS**

on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope as follows:

David M. Sternberg, Esq.　　　　　　　　　Randall Whitney
David M. Sternberg & Associates　　　　　　randall@pacificthomas.com
540 Lennon Lane
Walnut Creek, California 94598
dmslaw@ix.netcom.com

| | |
|---|---|
| 1  Bank of the West | Eric A. Nyberg, Esq. |
| 2  Robert B. Kaplan, Esq. | Chris D. Kuhner, Esq. |
|    Walter W. Gouldsbury III, Esq. | Kornfield, Nyberg, Bendes & Kuhner, P.C. |
| 3  Jeffer Mangels Butler, & Mitchell LLP | 1970 Broadway, Suite 2675 |
|    Two Embarcadero Center, 5th Floor | Oakland, CA 94612 |
| 4  San Francisco, CA 94111 | e.nyberg@kornfieldlaw.com |
|    WWG@JMBM.com | |

☒ **BY EMAIL.** On **May 10,** 2013, I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown above, as last given by that person(s) or as obtained from an internet website(s) relating to such person(s), and I did not receive an email response upon sending such email indicating that such email was not delivered.

☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge. Executed on **May 10, 2013**, at San Francisco, California.

☑ I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on **May 10, 2013**, at San Francisco, California.

| Craig C. Chiang | /s/ Craig C. Chiang |
|---|---|
| | (Signature) |

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

2
**CERTIFICATE OF SERVICE**

13988518v1

Case: 13-04079   Doc# 20   Filed: 05/10/13   Entered: 05/10/13 13:47:35   Page 2 of 2